## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ERIC ROGERS**

      **Plaintiff**                              **Case Number**: **1:24-cv-23737-JB**

**V.**

**HHJ TRIAS LLC.**

      **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

      Respectfully submitted,

Dated: October 31, 2024                       */s/ Alberto R. Leal*.
                                        Alberto R. Leal, Esq., P.A.
                                        Florida Bar No.: 1002345
                                        E-Mail: albertolealesq@gmail.com
                                        Phone: 954-637-1868